

IN THE
TENTH COURT OF APPEALS

_____

No. 10-21-00120-CR

EX PARTE KELLEY-LYNN HOBBS

_____

Original Proceeding

From the 249th District Court
Johnson County, Texas
Trial Court No. F39966

MEMORANDUM OPINION

Kelly-Lynn Hobbs filed what appears to be an original habeas corpus proceeding seeking immediate release from confinement in the Johnson County Jail. This Court, however, has no jurisdiction over these original writs of habeas corpus. *See* TEX. GOV'T CODE ANN. § 22.221 (West Supp. 2019); TEX. CODE CRIM. PROC. ANN. 11.05.

Accordingly, we dismiss this proceeding for want of jurisdiction.

MATT JOHNSON
Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Visiting Justice Davis[1]
Dismissed
Opinion delivered and filed July 7, 2021
Do not publish
[OT06]



---

[1] The Honorable Rex Davis, Senior Justice of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. See TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003.